```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DUYEN TRAN THAO PHAM,<br><br>                  Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>                  Defendants. | 4:22-cv-02914 DMR<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to a 30-day extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before August 31, 2022.

  The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or August 15, 2022, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or September 28, 2022. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by

Stip to Extend Time
4:22-cv-02914 DMR

September 30, 2022, Defendants must file their motion for summary judgment by October 31, 2022. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: July 29, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 29, 2022

 */s/ Christina Sullivan*
CHRISTINA SULLIVAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants' response to the Complaint is due by August 31, 2022, and Defendants must file its motion for summary judgment by October 31, 2022.

Date:  August 1, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Court Judge

Stip to Extend Time
4:22-cv-02914 DMR